# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Dartrell Nellem )
_____ )  Case Number: 24-539-DWD
_____ )  (Clerk's Office will provide)
_____ )
Plaintiff(s)/Petitioner(s) )
v. )  ☒ CIVIL RIGHTS COMPLAINT
Menard Correctional )  pursuant to 42 U.S.C. §1983 (State Prisoner)
Center )  ☐ CIVIL RIGHTS COMPLAINT
_____ )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )  ☐ CIVIL COMPLAINT
_____ )  pursuant to the Federal Tort Claims Act, 28 U.S.C.
Defendant(s)/Respondent(s) )  §§1346, 2671-2680, or other law

I. **JURISDICTION**

Plaintiff: Dartrell Nellem

A. Plaintiff's mailing address, register number, and present place of confinement.

10930 Lawrence Road
Sumner, IL 62466

Defendant #1:

B. Defendant __Anthony Wills__ is employed as
        (a)   (Name of First Defendant)

__Warden / Cheif administrative Officer__
        (b)   (Position/Title)

with __Menard Correctional Center__
        (c)   (Employer's Name and Address)

__Menard, Illinois 62259-0711__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☒ No

If your answer is YES, briefly explain:

Rev. 10/3/19

**Defendant #2:**

C.   Defendant __Anthony Wills__ is employed as
(Name of Second Defendant)

__Warden / Cheif Administrative officer__
(Position/Title)

with __Menard Correctional Center__
(Employer's Name and Address)
__Menard, Illinois 62259-0711__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☒ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Defendant Powell C/o is employed as Correctional officer with Menard Correctional Center. Menard, Illinois 62259-0711.

II.   PREVIOUS LAWSUITS

   A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes  ☒No

   B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability</u>, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

      1.   Parties to previous lawsuits:
         Plaintiff(s):


         Defendant(s):


      2.   Court (if federal court, name of the district; if state court, name of the county):

      3.   Docket number:

      4.   Name of Judge to whom case was assigned:

      5.   Type of case (for example: Was it a habeas corpus or civil rights action?):

      6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take?
   I filed a grievance marked 14-6-23 on May 31st, 2023
   2. What was the result?
   It is still WAITING on the Counselors response on the 1st level at Menard. They are obstructing my ability to go forward in regards to exhaustion of administration remedies.

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I filed a grievance marked 14-6-23 and It's in the system So you guys can see the precise and exact date the Incident happened. Also, I felt MY Constitutional rights were Violated When I was stabbed in the Back of my head while I was already in protective Custody Inside Menard Correctional Center. When I got stabbed I was on the Westhouse Yard And the officers never did a proper shakedown before the yard or even a Search on the Individuals in Custody before the yard. So, At that point I felt like the officers most definitely failed to protect me! And when I filed my first grievance I figured out the officers NEVER Submitted my grievance Because the officers knew I was in protective Custody and because I was a Black Man. That's WHY I filed grievance marked #14-6-23 Due to dilliberate indifference!!!

Rev. 10/3/19



So, overall I felt very violated.

1. Failure to protect.
2. Dilliberate Indifference.
3. Obstructing my ability to exhaust my administration remedies.

For further proof, and confirmation check grievance number #14-6-23. I have no reason to lie!

1. Failure to protect
2. Deliberate Indifference.
3. Obstructing my ability to move forward in regards to my exhaustion of administration remedies.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** Nellem (Last Name)   Dartrell (First Name)   ___ MI   Y40057 ID#

**Facility:** Lawrence C.C.

☐ **Grievance:** Facility Grievance # (if applicable) _____   **Dated:** 11/5/2023   or ☐ **Correspondence:** Dated: _____

**Received:** 11/14/2023 (Date)   **Regarding:** Grievance Process - Menaed not responding to 14-6-23

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ Date
- ☐ No justification provided for additional consideration.

**Other** (specify): Does not follow DR 504.830. It is inappropriate to file a new grievance on an already filed grievance. If grievance #14-6-23 is finalized, submit to this office within time frames.

**Completed by:** Jon Loftus (Print Name)   [Signature]   11/21/2023 (Date)

Distribution: Individual in Custody
Administrative Review Board

Printed on Recycled Paper

DOC 0070 (Rev. 9/2023)

Hello Ms. Latoya Hughes,   11-5-23

My name is Dartrell Nellem and as you can see I am housed at Lawrence Correctional Center. I have a very huge issue with my grievance that I filed back at Menard on 5-31-23. At first, the Counselor here at Lawrence told me my grievance was still at the 1st level and now she is telling me my grievance number 14-6-23 is not on file or in my history. I really need to know what's going on! This is really unfair! I appreciate your time.

**RECEIVED**
**NOV 13 2023**
**DIRECTOR'S OFFICE**

\* I am attaching all the documents that specifically shows the Counselor saying my grievance number 14-6-23 is still at the first level at Menard. And the response from the Counselor when she is saying my grievance number 14-6-23 is not on file! Please find my grievance number 14-6-23.



RECEIVED
RECEIVED
NOV 14 2023
NOV 14 2023
ADMINISTRATIVE
ADMINISTRATIVE
REVIEW BOARD
REVIEW BOARD

Dated: 9-28-23

To. Records Office

From. Cartrell Nellem Y40057 R7BU23

I would like to receive copies of my grievance #14-6-23. I need copies of the response from the Counselor and/or Responses from the grievance officer. I would really appreciate it if you would make copies of grievance #14-6-23. And the responses from the Counselor ALSO! Thanks.

Respectfully

RECEIVED NOV 13 2023 DIRECTOR'S OFFICE

RECEIVED NOV 14 2023 ADMINISTRATIVE REVIEW BOARD

Still at 1st level at MEN. Have not received here yet, you will be provided your original copy once reviewed at 1st level and sent to LAW

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: __Dartrell Nellem__  ID #: __Y4057__  Living Unit: __R4BU02__

Job Assignment: __Dietary__  Shift: __1:30p-8:30p__

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services  ☐ OAEVS  ☐ Vocational  ☐ Business Office  ☐ Record Office  ☐ Placement Office
☐ Health Care Unit  ☑ Other (specify): __Counselor Fitzgerrald__

for the purpose of (explain): __I filed a grievance number 14-6-23 in Menard. Can you check and see what level my grievance is? I really need to know.__

Have you previously discussed this issue with a staff member? ☑ No  ☐ Yes  If yes, name: _____

Individual in Custody's Signature: __Dartrell Nel__  Date: __11-1-23__

**RECEIVED NOV 13 2023 DIRECTOR'S OFFICE**

---
INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary):
__I could not find a record of this grievance in your Champ history. You may send a request to grievance office__

Print Staff Name: __ff__  Staff Signature: _____  Date: __11/3/2023__

**RECEIVED NOV 14 2023 ADMINISTRATIVE REVIEW BOARD**

Distribution: Affected Unit    Printed on Recycled Paper    DOC 0286 (Rev. 3/2022)

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: __Tartrell Nellem__  ID #: __Y40057__  Living Unit: __7BU23__

Job Assignment: _____  Shift: __/__

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services  ☐ OAEVS  ☐ Vocational  ☐ Business Office  ☒ Record Office  ☐ Placement Office
    ☐ Health Care Unit  ☐ other (specify): _____

for the purpose of (explain): __I Need Copies Of my grievance #14-6-23. Also, I need the Counselors response Of my grievance #14-6-23. It comes from Menard. Thanks.__

Have you previously discussed this issue with a staff member? ☒ No  ☐ Yes  If yes, name: _____

__[signature]__                              __8-2-23__
Individual in Custody's Signature              Date

**RECEIVED NOV 1 3 2023 DIRECTOR'S OFFICE**

---

INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): __This grievance is still pending the counselors response at MEN. You will receive your copy as soon as it is complete.__

__PH__                  __[signature] A Hutcheson__              __8-10-23__
Print Staff Name         Staff Signature                           Date

**RECEIVED NOV 1 4 2023 ADMINISTRATIVE REVIEW BOARD**

Distribution: Affected Unit           Printed on Recycled Paper           DOC 0286 (Rev. 3/2022)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Field | Value |
|---|---|
| Assigned Grievance #/Institution | |
| Housing Unit | R1B U02 |
| Bed # | |
| 1st Lvl rec | |
| 2nd Lvl rec | |
| Date | 11-2-23 |
| Offender | Dartrell Nellem |
| ID # | Y40057 |
| Race (optional) | Black |
| Present Facility | Lawrence |
| Facility where grievance issue occurred | Menard |

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Failure to respond to grievance
- [ ] Disciplinary Report

Date of report: _____ Facility where issued: Menard

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
- **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
- **Chief Administrative Officer**, only if EMERGENCY grievance
- Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance:**

I am writing this grievance in regards to grievance number 14-6-23. It's been since 5-31-2023 when I filed my grievance and Menard is obstructing my ability to go forward in regards to exhaustion of administration remedies. As you can see it's been 6 months. Please see 504 rules and regulations and time to respond to grievance. Please see attached documents from 60-day time frame has not elapsed as the date says 9-28-23. AND now my cellhouse counselor

[x] Continued on reverse

**Relief Requested:** Please resolve this issue in this grievance. They are obstructing my ability to go forward in regards to administration remedies. And now my counselor is telling me my grievance is not in my history! My grievance is 14-6-23

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

Offender's Signature: Dartrell N.    ID#: Y40057    Date: 11-5-23

**RECEIVED NOV 13 2023 DIRECTOR'S OFFICE**

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name / Sign Counselor's Name / Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

**RECEIVED NOV 14 2023 ADMINISTRATIVE REVIEW BOARD**

Chief Administrative Officer's Signature / Date

Assigned Grievance #/Institution: Lawrence
Housing Unit: R7B00  Bed #:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____  2nd Lvl rec: _____

Fitzgerrald is telling me my grievance number 14-6-23 is not in my file! They are playing games with my grievance and it's unfair. Please search my grievance 14-6-23 in the system, because I have proof that Menard is saying that my grievance is still at the 1st level but I filed my grievance on 5-31-23 so why is my grievance still at the first level and why is my counselor saying that my grievance is not in my file?! What's going on?!

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I Want this Court to Demand Menard Correctional Center to Pay me $100,000. They failed to protect me when I was stabbed in the back of my head in Protective Custody (I Also Will Need a Pavy Hearing!)

VI. **JURY DEMAND** (check one box below)

The plaintiff ☐ does ☒ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _____ (date)

_Dartrell Nel_
Signature of Plaintiff

Dartrell Nellem
Printed Name

Y40057
Prisoner Register Number

_____
Street Address

_____
City, State, Zip

_____
Signature of Attorney (if any)

Rev. 10/3/19

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Individual in Custody Request

Individual in Custody Name: __Dartrell Nellem__  ID #: __Y40057__  Living Unit: __R4BV02__

Job Assignment: __Dietary__  Shift: __1:30 - 8:30 PM__

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services  ☐ OAEVS  ☐ Vocational  ☐ Business Office  ☒ Record Office  ☐ Placement Office
☐ Health Care Unit  ☐ other (specify): _____

for the purpose of (explain): __Can I please get ~~an answer~~ an answer to see if my grievance number 14-6-23 is on file? Thanks.__

Have you previously discussed this issue with a staff member? ☒ No ☐ Yes  If yes, name: _____

Individual in Custody's Signature: __Dartrell N__   Date: __11-20-23__

---

**INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): __It is still at MRN and still at 1st level for response from counselor.__

Print Staff Name _____   Staff Signature _____   Date _____

Distribution: Affected Unit    Printed on Recycled Paper    DOC 0286 (Rev. 3/2022)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody Request**

Individual in Custody Name: Darrell Nelson    ID #: Y40051    Living Unit: R4BUD2

Job Assignment: Dietary    Shift: 1:30 - 8:30 pm

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services  ☐ OAEVS  ☐ Vocational  ☐ Business Office  ☒ Record Office  ☐ Placement Office
☐ Health Care Unit  ☐ Other (specify): _____

for the purpose of (explain): I have a original license number 14-6-23 That is filed in Menard. Can you check and see if it's still on file? Thanks.

Have you previously discussed this issue with a staff member? ☐ No  ☐ Yes    If yes, name: _____

_____    1-30-23
Individual in Custody's Signature    Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

Remarks by staff (if necessary):

_____    _____    _____
Print Staff Name    Staff Signature    Date